**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Sebastian ANDRES-MANUEL, Defendant-Appellant.**

**No. 16-15388**

**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(April 20, 2017)

Linda Julin McNamara, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Michael C. Bagge-Hernandez, U.S. Attorney's Office, Fort Myers, FL, for Plaintiff-Appellee

Before MARCUS, JORDAN and JILL PRYOR, Circuit Judges.

PER CURIAM:

Keith W. Upson, appointed counsel for Sebastian Andres-Manuel in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of Andres-Manuel's appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Andres-Manuel's conviction and sentence is **AFFIRMED**.